Case 3:11-cr-00072-EBB   Document 51   Filed 01/23/15   Page 1 of 1

AO 247 (Rev. 11/11)  Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)     Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

District of Connecticut

United States of America  )
v.  )
QUINN CLARK  )  Case No:   3:11cr072(EBB)
  )  USM No:   20469014
Date of Original Judgment:   JAN 18, 2012  )
Date of Previous Amended Judgment:  )  Deirdre Murray
*(Use Date of Last Amended Judgment if Any)*  )  *Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of  X  the defendant  ☐ the Director of the Bureau of Prisons  ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
     DENIED.    X  GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of     70     months **is reduced to**     60 MONTHS     .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated   Jan. 18, 2012   shall remain in effect.
**IT IS SO ORDERED.**

Order Date:   1/23/15

                                                                /s/
                                                            *Judge's signature*

Effective Date:   November 1, 2015             ELLEN BREE BURNS, SR. U.S.D.J.
         *(if different from order date)*                 *Printed name and title*